## OSBORNE v. OSBORNE.

No. 23472. Opinion Filed May 9, 1933.

Walker & Lewis, for plaintiff in error.

Johnson & Jones, for defendant in error.

PER CURIAM. On the 14th day of August, 1931, judgment was rendered for the plaintiff in a partnership accounting contest, and the defendant appeals to this court and has filed a brief which reasonably supports the theory of the appeal.

The case is, therefore, reversed and remanded under the authority many times decided by this court and the rule as to filing brief, with directions to vacate the order and judgment of the court and dismiss the action.